STATE OF NORTH CAROLINA v. RAJOHN ALMANN CRUZ

No. 193A10

(Filed 8 October 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 203 N.C. App. ——, 691 S.E.2d 47 (2010), finding no error in judgments entered on 29 May 2008 by Judge Stafford G. Bullock in Superior Court, Robeson County. Heard in the Supreme Court 9 September 2010.

*Roy Cooper, Attorney General, by Sandra Wallace-Smith, Assistant Attorney General, for the State.*

*Duncan B. McCormick for defendant-appellant.*

PER CURIAM.

AFFIRMED.